IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-1233-AP**

IN RE:

**Ms55, Inc. f/k/a MSHOW.COM, INC.,**

       Debtor.

**JEFFREY HILL, TRUSTEE**,

       Plaintiff/Appellant,

v.

**GIBSON, DUNN & CRUTCHER, LLP, a California registered Limited Liability Partnership,**

       Defendant/Appellee.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

     Motion to Stay Briefing Schedule (doc. #8), filed July 21, 2006, is GRANTED. Briefing is **STAYED** pending a ruling from the Colorado Supreme Court in *Alexander v. Anstine.* Briefing shall then proceed according to F.R.B.P. 8009(a) with Appellant's Opening Brief due 20 days from the date of that ruling.

Dated: August 1, 2006